IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN F. MCCLOSKEY | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2572 |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW**, this 28th day of December 2018, upon considering Plaintiff's Petition for Review and Brief (ECF Doc. No. 8), the Commissioner's Response (ECF Doc. No. 11), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 8) is **DENIED**. The Clerk of Court shall **close** this case.

KEARNEY, J.